John Hogan, Appellant, v. William E. Laimbeer, Respondent.

(Submitted April 5, 1876 ; decided April 18, 1876.)

Decided upon the facts in the case.

*Davis & Lyon* for the appellant.

*George W. Lord* for the respondent.

Miller, J., reads for affirmance.
All concur.
Judgment affirmed.